UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Davis, et al.,

      Plaintiff(s),

v.

Detroit Pub. Schs. Cmty. Dist., et al.,

      Defendant(s).

Case No. 17-cv-12100
HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCUMENT (Dkt. 79)

The Court has reviewed the following document: Defs. Mot. for Summ. J.

(Dkt. 79). The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☑ Does not comply with the Case Management Order in this case for the following reasons: Does not contain a "Statement of Material Facts" with numbered paragraphs and citations to record evidence as required by section II.C.2.

☐ Other:_____

_____

_____.

Accordingly, the Court strikes the document. __Defendants_____ shall file an amended document that complies with all requirements on or before __March 7, 2018_____.

    SO ORDERED.

Dated: March 5, 2018  
      Detroit, Michigan

s/ Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2018.

s/ Karri Sandusky  
Karri Sandusky  
Case Manager